UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDY GEOVANNY MAZARIEGO PEREZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, GOLDEN STATE ANNEX, DETENTION FACILITY,<br><br>Respondents. | No. 1:26-cv-00674-DJC-JDP<br><br><br>ORDER |

Petitioner Edy Geovanny Mazariegos Perez is an immigration detainee proceeding with a Petition for Writ of Habeas Corpus (ECF No. 1) which the Court also construed as a Motion for Temporary Restraining Order.  The Court has previously addressed the legal issues raised in the Petition.  *See Garcia Mariagua v. Chestnut*, No. 1:25-cv-01744-DJC-CSK, 2025 WL 3551700 (E.D. Cal. Dec. 11, 2025); *Ortega v. Noem*, No. 1:25-cv-01663-DJC-CKD, 2025 WL 3511914 (E.D. Cal. Dec. 8, 2025); *Lopez v. Lyons*, 2025 WL 3124116, No. 2:25-cv-03174-DJC-CKD (E.D. Cal. Nov. 7, 2025).

On January 27, 2026, the Court ordered Respondents to show cause as to whether there were any factual or legal issues in this case that render it distinct from the Court's prior orders and would justify denial of a preliminary injunction.  (ECF No.

1

5.)  Respondents filed a "Response to Petition for Writ of Habeas Corpus" in which they "agree[d] that this case poses the same factual and legal questions as those cited in the order." (ECF No. 11 at 1.)  Given the limited Opposition and the fact that the Response appears to be intended to also serve as a response to the underlying Petition, the Court will instead rule directly on the merits of the Petition.

Accordingly, as Respondents have not made any new legal arguments and have not identified any factual or legal issues in this case that would distinguish it from the Court's prior decisions cited above, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED as Petitioner's claim that his present detention violations his procedural due process rights , for the reasons stated in those prior orders.[1]

Respondents are ORDERED to immediately release Petitioner Edy Geovanny Mazariegos Perez from their custody.  Respondents shall not impose any additional restrictions on Petitioner, unless that is determined to be necessary at a future pre-deprivation/custody hearing.  Respondents are permanently ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice describing the change of circumstances necessitating Petitioner's arrest and detention, and a timely hearing.  At any such hearing, the Government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight, and Petitioner shall be allowed to have their counsel present.

////

////

////

////

---

[1] In the interests of judicial economy, the Court declines to address the remaining grounds for relief in the Petition.

2

Petitioner's Motion to Proceed In Forma Pauperis (ECF No. 2) is also GRANTED. The Clerk of the Court is directed to close this case and enter judgment for Petitioner. This Order resolves all pending motions.

IT IS SO ORDERED.

Dated:    **February 6, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE